THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAR-
CUS G. BASSETT, Appellant, against THOMAS H.
MURPHY, as Warden of Clinton Prison, Respondent.

(Submitted April 20, 1934; decided May 22, 1934.)

*Marcus G. Bassett,* in person, for appellant.

*John J. Bennett, Jr., Attorney-General (Patrick H.
Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS and CROUCH, JJ.